176 A.3d 212

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DERRICK WASHINGTON, DEFENDANT–
PETITIONER.

C–384 September Term 2017
079802

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001181–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 212

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. REINALDO GONZALEZ, DEFENDANT–
PETITIONER.

C–383 September Term 2017
080167

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003679–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.